**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DOE,** | * | **Case No. 1:26-cv-00569** |
| Plaintiff, | * | |
| v. | * | **Judge Matthew R. Byrne** |
| **CLEARSTAR, INC.** | * | |
| Defendant. | * | |

# ORDER DISMISSING CASE

This matter is before the Court on the parties' Stipulation of Dismissal (the "Joint Stipulation"). (Doc. 17.) By filing a stipulation of dismissal by all parties who have appeared, Plaintiff properly dismissed the action with prejudice under Fed. R. Civ. Pr. 41(a)(1)(A)(ii). This action is hereby **DISMISSED WITH PREJUDICE** and the matter is terminated from the docket.

**IT IS SO ORDERED.**

Date: November 17, 2026.

Matthew R. Byrne
United States District Judge